**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | )  (Involuntary) |
| SPECIALTY HOSPITAL OF | ) |
| WASHINGTON, LLC, | ) Case No.  14-10935 (BLS) |
| | ) |
| Putative Debtor. | ) Reference Docket No. 1 |
| | ) |

**NOTICE OF WITHDRAWAL OF PETITIONING**
**CREDITOR METROPOLITAN MEDICAL GROUP, LLC**

PLEASE TAKE NOTICE that Metropolitan Medical Group, LLC, a petitioning creditor in the filing of the involuntary chapter 11 involuntary petition, filed on April 23, 2014, hereby withdraws as a petitioning creditor.

PHILLIPS, GOLDMAN & SPENCE, P.A.


         */s/ Stephen W. Spence*
Stephen W. Spence, Esquire (#2033)
Lisa C. McLaughlin, Esquire (#3113)
1200 North Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200
Fax: (302) 655-4210
sws@pgslaw.com
lcm@pgslaw.com

*Counsel to Capitol Hill Group, CMH Inc. d/b/a CroppMetcalfe, JFW Services, LLC J-Don Enterprises, LLC, Metropolitan Medical Group, LLC,  and Amalgamated Capital Partners, LLP*

Date: April 30, 2014

## **CERTIFICATE OF SERVICE**

   I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on April 30, 2014, I caused the foregoing *Notice of Withdrawal of Petitioning Creditor Metropolitan Medical Group, LLC* to be served upon the persons receiving notice through the Court's cm/ecf system and listed below, via email.

wtaylor@mccarter.com
kbuck@mccarter.com
sbailey@shwdc.com
wilich5@aol.com
jimr@newbostonfund.com
rrummler@specialty-hospitals.com
mark.kenney@usdoj.com
ted@caphillgroup.com
pshin08@gmail.com
hartmand75@hotmail.com
rosenaux2@mindspring.com
ghlowejr@amalcapptr.com
rgreenblatt@croppmetcalfe.com
jfwservices@yahoo.com
dkelly2712@aol.com
manisha_singal@hotmail.com
nfschandlbauer@ober.com
ejsteren@ober.com
jsgreenberg@ober.com
Renee.suglia@pepcoholdings.com

   Under penalty of perjury, I certify the foregoing to be true and correct.


               */s/ Celeste A. Hartman*
               CELESTE A. HARTMAN