IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Involuntary) |
| | ) | |
| SPECIALTY HOSPITAL OF WASHINGTON, LLC | ) ) | Case No. 14-10935 (BLS) |
| | ) | Reference No. 22 |
| Debtor. | ) | |

**ORDER GRANTING MOTION OF THE DISTRICT OF COLUMBUS
TO CHANGE VENUE OF BANKRUPTCY PROCEEDINGS TO THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA**

Having considered the Motion of the District of Columbia to Change Venue and Transfer this Case to the United States Bankruptcy Court for the District of Columbia, and any opposition thereto; and it appearing that Notice of the Motion was appropriate, and good cause having been shown for the granting of the Motion, it is hereby

ORDERED, that this case shall be transferred to the United States Bankruptcy Court for the District of Columbia; and it is further

ORDERED, that all proceedings in this Court concerning this case shall cease forthwith.

Dated: Wilmington, Delaware
May 9, 2014

Brendan Linehan Shannon
United States Bankruptcy Judge