**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) (Involuntary) |
| SPECIALTY HOSPITAL OF | ) |
| WASHINGTON, LLC, | ) Case No. 14-10935 (BLS) |
| | ) |
| Putative Debtor. | ) Hearing Date: 5/12/2014 @ 1:30 p.m. |
| | ) **Hearing Cancelled by the Court** |

**AMENDED NOTICE OF AGENDA FOR MATTERS
SCHEDULED FOR HEARING ON MAY 12, 2014 AT 1:30 P.M.
HEARING CANCELLED AT REQUEST OF COURT**

MATTERS GOING FORWARD

1.  *Petitioning Creditors' Emergency Motion for an Order Directing the Appointment of a Chapter 11 Trustee* [Docket No. 11], filed on April 28, 2014.

    Related Documents:

    a. *Motion to Shorten Notice for the Petitioning Creditors' Emergency Motion for an Order Directing the Appointment of a Chapter 11 Trustee* [Docket No. 12], filed on April 28, 2014.

    b. *Order Granting Motion to Shorten Time on Petitioning Creditors' Emergency Motion for the Appointment of Chapter11 Trustee Hearing* [Docket No. 27], entered on May 7, 2014.

    Response Deadline:   May 8, 2014, **with exception listed below**.

    c. ***Stipulation Extending Response Deadline and Requesting Continuance of Hearing on Petitioning Creditors' Emergency Motion for an Order Directing the Appointment of a Chapter 11 Trustee* [Docket No. 39], filed on May 9, 2014.**

    Responses Received:

    d. *Certification of Counsel Regarding Docket Nos. 11, 12, 22 and 25* [Docket No. 32], filed on May 7, 2014.

    Status: **This matter will be transferred to the U.S. Bankruptcy Court for the District of Columbia and scheduled for hearing there**.

    2.    *Motion of the District of Columbia to Change Venue of Bankruptcy Proceeding and Transfer this Case to the United States Bankruptcy Court for the District Of Columbia* [Docket No. 22], filed on May 2, 2014.

    Related Documents:

    a.  *District of Columbia's Emergency Motion for Expedited Hearing on Motion for Change of Venue and Transfer of Proceeding to the United States Bankruptcy Court for the District of Columbia* [Docket No. 25], filed on May 5, 2014.

    b.  *Order Granting District of Columbia's Motion to Shorten Notice of Emergency Motion for Expedited Hearing on Motion to Change the Venue of Bankruptcy Proceeding and Transfer This Case to The U.S. Bankruptcy Court for the District of Columbia* [Docket No. 29], entered on May 7, 2014.

    c.  *Order Granting Motion of the District of Columbia to Change Venue of Bankruptcy Proceeding and Transfer this Case to the United States Bankruptcy Court for the District of Columbia* [CLEAN COPY].

    Response Deadline:    May 9, 2014.

    Responses Received:

    d.  *Statement of Prepetition Secured Lender, BB&T, in Support of the Motion to Change Venue and Transfer Proceeding to District of Columbia* [Docket No. 28], filed on May 7, 2014.

    e.  *Certification of Counsel Regarding Docket Nos. 11, 12, 22 and 25* [Docket No. 32], filed on May 7, 2014

    f.  *Joinder in the District of Columbia's Motion to Transfer Venue to the United States Bankruptcy Court for the District Of Columbia Filed by the Alleged Debtor Specialty Hospital of Washington, LLC* [Docket No. 33], filed May 7, 2014.

    Status: **The Court has entered the *Order Granting Motion of the District of Columbia to Change Venue of Bankruptcy Proceeding and Transfer this Case to the United States Bankruptcy Court for the District of Columbia* [Docket No. 37] and cancelled the hearing**.

Date:  May 9, 2014                                    PHILLIPS, GOLDMAN & SPENCE, P.A.


        */s/ Stephen W. Spence*
Stephen W. Spence, Esquire (DE#2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (facsimile)
sws@pgslaw.com
*Counsel to Petitioning Creditors*

## CERTIFICATE OF SERVICE

      I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on May 9, 2014, I caused the foregoing *Amended Notice of Agenda for Matters Scheduled for Hearing on May 12, 2014 at 1:30 p.m. [HEARING CANCELLED]* to be served upon the persons receiving notice through the Court's cm/ecf system and listed below, via email.

wtaylor@mccarter.com
kbuck@mccarter.com
sbailey@shwdc.com
wilich5@aol.com
jimr@newbostonfund.com
rrummler@specialty-hospitals.com
mark.kenney@usdoj.com
ted@caphillgroup.com
pshin08@gmail.com
hartmand75@hotmail.com
ghlowejr@amalcapptr.com
rgreenblatt@croppmetcalfe.com
jfwservices@yahoo.com
dkelly2712@aol.com
nfschandlbauer@ober.com
ejsteren@ober.com
jsgreenberg@ober.com
Renee.suglia@pepcoholdings.com
david.fisher@dc.gov
nancy.alper@dc.gov
healthcareombudsman@dc.gov
andrew.troop@pillsburylaw.com
rmiller@ferryjoseph.com
jerry.hall@pillsburylaw.com
noonan@law-djn.com

      Under penalty of perjury, I certify the foregoing to be true and correct.

      */s/ Celeste A. Hartman*
      CELESTE A. HARTMAN